UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**WILLIAM BROCK,**<br>also known as "Stu"<br>**ANTHONY ANTWON MCNAIR JR.,**<br>also known as "Mousey"<br>**ERIN SHEFFEY**<br>also known as "Freak",<br><br>**Defendants.** | Case No. 23-cr-26-RCL |

### AMENDED ORDER

Upon consideration of recent incidents discussed on the record, the Order of August 19, 2024, ECF No. 69, is amended as follows: it is hereby

**ORDERED** that, for the duration of trial, the Marshals shall screen all individuals seeking entrance to Courtroom 15 or the Courtroom's foyer, except for counsel for the defense and prosecution, for photographic, audio, or video recording and communication devices, including cellular phones; and it is further

**ORDERED** that nobody, except for counsel for the defense and prosecution, shall be permitted to enter Courtroom 15 or its foyer with any such recording or communication device for the duration of trial.

IT IS SO ORDERED.

Date: August 22, 2024

Royce C. Lamberth
United States District Judge