UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

**WILLIAM BROCK,**
also known as "Stu"
**ANTHONY ANTWON MCNAIR JR.,**
also known as "Mousey"
**ERIN SHEFFEY**
also known as "Freak",

      **Defendants.**

Case No. 1:23-cr-26-RCL

## ORDER

Upon consideration of the entire record in this case, it is hereby

**ORDERED** that the Consent Order Modifying the Conditions of Detention, ECF No. 58, is **VACATED;** and it is further

**ORDERED** that defendants William Brock, Anthony Antwon McNair Jr., and Erin Sheffey shall be released from segregated housing to general population at their place of incarceration.

**IT IS SO ORDERED.**

Date: September 19, 2024

Royce C. Lamberth
United States District Judge