UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 23-CR-26 (RCL) |
| ANTHONY MCNAIR | : |

## JOINT MOTION TO CONTINUE SENTENCING

COME NOW the United States of American and Anthony McNair, through their respective counsel, Stephen F. Brennwald and Cameron Tepfer, and in support of their Joint Motion to Continue Sentencing, state as follows:

Defendant is scheduled to be sentenced on Tuesday, February 25, 2025, at 12:30 p.m. The charges for which Mr. McNair faces sentencing are very serious, and preparation for sentencing is a commensurately serious task.

The parties are seeking this continuance because there are several complex guideline issues that they need to analyze further before submitting their respective sentencing memoranda. It is important that they "get it right," and after discussions amongst themselves, both parties agreed that more time is needed to research and decipher the relevant guidelines they are analyzing.

It appears that this Court would be available to conduct the sentencing hearing on either March 25 or 26, and both parties are available on those two days. If possible, it would be preferable for the sentencing hearing to begin no earlier than 11:00 a.m. (again, IF possible).

WHEREFORE, for the foregoing reasons, as well as for any other reasons that may appear to this Court, defendant prays that the hearing set for Tuesday, February 25, 2025, be vacated, that a sentencing hearing be set on either March 25 or 26, 2025, and for any other relief this Court deems just and proper.

Respectfully submitted,

/s/

Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003
(301) 928-7727
(202) 544-7626 (facsimile)
sfbrennwald@cs.com

/s/

Cameron Tepfer, Esq.
Assistant United States Attorney
601 D Street N.W.
Washington, DC 20053
(202) 258-3515
cameron.tepfer@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 19th day of February, 2025 to all counsel of record.

/s/

Stephen F. Brennwald